THE STATE, EX REL. G. EUGENE CORWIN, RELATOR, v. EDWIN MARKLEY.

On *mandamus.*

The opinion of the court was delivered by

DIXON, J. Immediately after the passage of the resolution of March 22d, 1892, considered in Markley v. The Borough of Cape May Point, the council of the borough appointed the relator to fill the alleged vacancy in the office of borough collector, and he now asks for a *mandamus* directing the respondent to deliver to him the official money and property.

· As we have adjudged the resolution to be illegal, it follows that the respondent was still lawfully entitled to the office, and the appointment of the relator was invalid.   Of course, therefore, the *mandamus* cannot be allowed.